UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JENNIFER SENDEROWITZ,                              :
                                                   :
                            Plaintiff,             : Civil Case No.:
                                                   : 24-cv-00797 (RER) (CLP)
            -against-                              :
                                                   : **NOTICE OF WITHDRAWAL**
HEBREW ACADEMY FOR SPECIAL CHILDREN, : **OF ATTORNEY**
THERAPEUTIC SERVICES, INC., and                    :
NAOMI GOLDZWEIG                                    :
                                                   :
                            Defendants.            :
-----------------------------------------------------------X

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE,** that the following attorneys are no longer affiliated with Gorlick, Kravitz & Listhaus, P.C., and should be removed from the docket and CM-ECF electronic notices as counsel of record for Defendant, Therapeutic Services, Inc., in the above-captioned action:

Damien O. Maree

**PLEASE TAKE FURTHER NOTICE,** that the undersigned remains affiliated with Gorlick, Kravitz & Listhaus, P.C. and remains counsel of record for Defendant, Therapeutic Services, Inc.

Dated: New York, New York
       June 19, 2024

                                            GORLICK, KRAVITZ & LISTHAUS, P.C.
                                            *Attorneys for Defendant*
                                            *Therapeutic Services, Inc.*

                                            By: */s/ Dennis Lyons*
                                            Dennis Lyons, Esq.
                                            29 Broadway, 20th Floor
                                            New York, New York 10006
                                            Tel. (212) 269-2500
                                            dlyons@gkllaw.com

SO ORDERED:

_____