

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Mark A. Radi, Esq.*
*Direct Dial: (516) 747-0300 Ext. 178*
*Facsimile: (516) 237-2893*
*Email: mradi@meltzerlippe.com*

September 18, 2024

<u>**Via ECF**</u>
Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 2E North
Brooklyn, New York 11201

          Re:    <u>Senderowitz v. Hebrew Academy for Special Children, et al.</u>
                 <u>Docket No.: 24-CV-00797 (RER) (CLP)</u>

Your Honor:

      We represent Defendants Hebrew Academy for Special Children, Inc. (HASC) and Naomi Goldzweig in this action (collectively "HASC Defendants") and request permission to serve and file a brief of up to 30 pages in support of Defendants' motion to dismiss. The additional pages are necessary to enable Defendants to adequately respond to each of Plaintiff's eight causes of action asserting claims for discrimination, retaliation, and hostile work environment under Title VII, NYS Human Rights Law, and NYC Human Rights Law, and violations of ERISA, FLSA, and New York Labor Law.

      Thank you for your consideration of this request.

                                          Respectfully submitted,

                                          _____
                                          Mark A. Radi

cc:    All Counsel (via ECF)