UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JENNIFER SENDEROWITZ,                              :
                                                                          :
                                  Plaintiff,                        :  Civil Case No.:
                                                                          :  24-cv-00797 (RER) (CLP)
                      -against-                                     :
                                                                          :  **ANSWER AND CROSS-CLAIMS**
HEBREW ACADEMY FOR SPECIAL CHILDREN, :
THERAPEUTIC SERVICES, INC., and              :
NAOMI GOLDZWEIG,                                     :
                                                                          :
                                  Defendants.                    :
------------------------------------------------------------------X

Defendant THERAPEUTIC SERVICES, INC. (the "Defendant"), by and through its

attorneys, Gorlick, Kravtiz & Listhaus, P.C., as and for its answer to Plaintiff's First Amended

Complaint and for its cross-claims against co-defendants HEBREW ACADEMY FOR SPECIAL

CHILDREN ("HASC") and NAOMI GOLDZWEIG ("Goldzweig") (collectively, Co-

Defendants"), state as follows:

### PRELIMINARY STATEMENT

1.        Defendant is without knowledge or information sufficient to form a belief as to

the truth of the allegations contained in paragraph No. 1 of the Amended Complaint, and the

allegations are denied.

2.        The allegations contained in paragraph No. 2 of the Amended Complaint are

conclusions of law to which no response is required. To the extent that a response is required,

Defendant is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained in paragraph No. 2 of the Amended Complaint, and the allegations are

denied.

3.      The allegations contained in paragraph No. 3 of the Amended Complaint are conclusions of law to which no response is required. To the extent that a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 3 of the Amended Complaint, and the allegations are denied.

4.      The allegations contained in paragraph No. 4 of the Amended Complaint are conclusions of law to which no response is required. To the extent that a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 4 of the Amended Complaint, and the allegations are denied.

In addition, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Amended Complaint that are made against HASC, and the allegations are denied.

In addition, the allegations contained in paragraph 4 of the Amended Complaint made against Defendant are denied.

5.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 5 of the Amended Complaint, and the allegations are denied.

6.      The allegations contained in paragraph No. 6 of the Amended Complaint are conclusions of law to which no response is required.

## **JURISIDCTION, VENUE, AND ADMINSTRATIVE REQUIREMENTS**

7.      Defendant avers the allegations contained in paragraph No. 7 of the Amended Complaint to the extent that Plaintiff refers to documents that speak for themselves. The

allegations contained in paragraph No. 7 of the Amended Complaint are conclusions of law to which no response is required.

8.      The allegations contained in paragraph No. 8 of the Amended Complaint are conclusions of law to which no response is required.

9.      The allegations contained in paragraph No. 9 of the Amended Complaint are conclusions of law to which no response is required. To the extent that a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 9 of the Amended Complaint, and the allegations are denied.

### THE PARTIES

10.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 10 of the Amended Complaint, and the allegations are denied.

11.      The allegations contained in paragraph No. 11 of the Amended Complaint are conclusions of law to which no response is required. Defendant denies the allegations contained in paragraph No. 11 of the Amended Complaint made against it. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 11 to the extent it relates to Plaintiff's membership of any protected class.

12.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 12 of the Amended Complaint, and the allegations are denied.

13.     Defendant admits to the allegations in paragraph 13 to the extent that Defendant has an office located at 2409 Avenue K, Brooklyn, New York 11210; and Defendant denies the remainder of the allegations contained in paragraph No. 13.

14.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 14 of the Amended Complaint, and the allegations are denied.

15.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 15 of the Amended Complaint, and the allegations are denied. To the extent that the allegations contained in paragraph No. 15 of the Amended Complaint are conclusions of law to which no response is required, those allegations are denied.

16.     The allegations contained in paragraph No. 16 of the Amended Complaint are conclusions of law to which no response is required. To the extent that a response is required, Defendant denies allegations contained in paragraph No. 16.

17.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 17 of the Amended Complaint, and the allegations are denied.

18.     The allegations contained in paragraph No. 18 of the Amended Complaint are conclusions of law to which no response is required. To the extent that a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 18 of the Amended Complaint and are denied.

19.     Defendant denies the allegations contained in paragraph No. 19 of the Amended Complaint.

20.     Defendant denies the allegations contained in paragraph No. 20 to the extent that they are made against it. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 20 of the Amended Complaint made against HASC, and the allegations are denied.

21.     The allegations contained in paragraph No. 21 of the Amended Complaint are conclusions of law to which no response is required. Defendant denies the allegations contained in paragraph No. 21 of the Amended Complaint made against it.

22.     The allegations contained in paragraph No. 22 of the Amended Complaint are conclusions of law to which no response is required. Defendant denies the allegations contained in paragraph No. 22 of the Amended Complaint made against it.

23.     Defendant denies the allegations contained in paragraph No. 23 of the Amended Complaint made against it. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 23 of the Amended Complaint made against HASC, and the allegations are denied.

24.     Defendant denies the allegations contained in paragraph No. 24 of the Amended Complaint made against it. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 24 of the Amended Complaint made against HASC, and the allegations are denied. To the extent the allegations contained in paragraph No. 24 of the Amended Complaint are conclusions of law no response is required.

25.     Defendant denies the allegations contained in paragraph No. 25 of the Amended Complaint made against it. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 25 of the Amended Complaint

made against HASC, and the allegations are denied. To the extent the allegations contained in paragraph No. 25 of the Amended Complaint are conclusions of law no response is required.

## **FACTUAL BACKGROUND**

26.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 26 of the Amended Complaint, and the allegations are denied.

27.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 27 of the Amended Complaint, and the allegations are denied.

28.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 28 of the Amended Complaint, and the allegations are denied.

29.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 29 of the Amended Complaint, and the allegations are denied.

30.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 30 of the Amended Complaint, and the allegations are denied.

31.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 31 of the Amended Complaint, and the allegations are denied.

32.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 32 of the Amended Complaint, and the allegations are denied.

33.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 33 of the Amended Complaint, and the allegations are denied.

34.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 34 of the Amended Complaint, and the allegations are denied.

35.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 35 of the Amended Complaint, and the allegations are denied.

36.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 36 of the Amended Complaint, and the allegations are denied.

37.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 37 of the Amended Complaint, and the allegations are denied.

38.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 38 of the Amended Complaint, and the allegations are denied.

39.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 39 of the Amended Complaint, and the allegations are denied.

40.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 40 of the Amended Complaint, and the allegations are denied.

41.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 41 of the Amended Complaint, and the allegations are denied.

42.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 42 of the Amended Complaint, and the allegations are denied.

43.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 43 of the Amended Complaint, and the allegations are denied.

44.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 44 of the Amended Complaint, and the allegations are denied.

45.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 45 of the Amended Complaint, and the allegations are denied.

46.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 46 of the Amended Complaint, and the allegations are denied.

47.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 47 of the Amended Complaint, and the allegations are denied.

48.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 48 of the Amended Complaint, and the allegations are denied.

49.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 49 of the Amended Complaint, and the allegations are denied.

50.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 50 of the Amended Complaint, and the allegations are denied.

51.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 51 of the Amended Complaint, and the allegations are denied.

52.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 52 of the Amended Complaint, and the allegations are denied.

53.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 53 of the Amended Complaint, and the allegations are denied.

54.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 54 of the Amended Complaint, and the allegations are denied.

55.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 55 of the Amended Complaint, and the allegations are denied.

56.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 56 of the Amended Complaint, and the allegations are denied.

57.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 57 of the Amended Complaint, and the allegations are denied.

58.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 58 of the Amended Complaint, and the allegations are denied.

59.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 59 of the Amended Complaint, and the allegations are denied.

60. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 60 of the Amended Complaint, and the allegations are denied.

61. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 61 of the Amended Complaint, and the allegations are denied.

62. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 62 of the Amended Complaint, and the allegations are denied.

63. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 63 of the Amended Complaint, and the allegations are denied.

64. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 64 of the Amended Complaint, and the allegations are denied.

65. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 65 of the Amended Complaint, and the allegations are denied.

66. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 66 of the Amended Complaint, and the allegations are denied.

67.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 67 of the Amended Complaint, and the allegations are denied.

68.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 68 of the Amended Complaint, and the allegations are denied.

69.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 69 of the Amended Complaint, and the allegations are denied.

70.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 70 of the Amended Complaint, and the allegations are denied.

71.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 71 of the Amended Complaint, and the allegations are denied.

72.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 72 of the Amended Complaint, and the allegations are denied.

73.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 73 of the Amended Complaint, and the allegations are denied.

74.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 74 of the Amended Complaint, and the allegations are denied.

75.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 75 of the Amended Complaint, and the allegations are denied.

76.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 76 of the Amended Complaint, and the allegations are denied.

77.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 77 of the Amended Complaint, and the allegations are denied.

78.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 78 of the Amended Complaint, and the allegations are denied.

79.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 79 of the Amended Complaint, and the allegations are denied.

80.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 80 of the Amended Complaint, and the allegations are denied.

81.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 81 of the Amended Complaint, and the allegations are denied.

82.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 82 of the Amended Complaint, and the allegations are denied.

83.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 83 of the Amended Complaint, and the allegations are denied.

84.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 84 of the Amended Complaint, and the allegations are denied.

85.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 85 of the Amended Complaint, and the allegations are denied.

86.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 86 of the Amended Complaint, and the allegations are denied.

87.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 87 of the Amended Complaint, and the allegations are denied.

88.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 88 of the Amended Complaint, and the allegations are denied.

89.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 89 of the Amended Complaint, and the allegations are denied.

90.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 90 of the Amended Complaint, and the allegations are denied.

91.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 91 of the Amended Complaint, and the allegations are denied.

92.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 92 of the Amended Complaint, and the allegations are denied.

93.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 93 of the Amended Complaint, and the allegations are denied.

94.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 94 of the Amended Complaint, and the allegations are denied.

95.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 95 of the Amended Complaint, and the

allegations are denied. To the extent the allegations contained in paragraph No. 95 of the Amended Complaint are conclusions of law no response is required.

96.     The allegations contained in paragraph No. 96 of the Amended Complaint are conclusions of law to which no response is required. To the extent that a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 96 of the Amended Complaint and are denied.

97.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 97 of the Amended Complaint, and the allegations are denied.

98.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 98 of the Amended Complaint, and the allegations are denied.

99.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 99 of the Amended Complaint, and the allegations are denied. To the extent the allegations contained in paragraph No. 99 of the Amended Complaint are conclusions of law no response is required.

100.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 100 of the Amended Complaint, and the allegations are denied.

101.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 101 of the Amended Complaint, and the allegations are denied.

102.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 102 of the Amended Complaint, and the allegations are denied.

103.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 103 of the Amended Complaint, and the allegations are denied.

104.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 104 of the Amended Complaint, and the allegations are denied.

105.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 105 of the Amended Complaint, and the allegations are denied. Defendant denies the allegations contained in paragraph No. 105 of the Amended Complaint made against it.

106.     Defendant denies the allegations contained in paragraph No. 106 of the Amended Complaint.

107.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 107 of the Amended Complaint, and the allegations are denied.

108.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 108 of the Amended Complaint, and the allegations are denied.

109.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 109 of the Amended Complaint, and the allegations are denied.

110.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 110 of the Amended Complaint, and the allegations are denied.

111.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 111 of the Amended Complaint, and the allegations are denied.

112.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 112 of the Amended Complaint, and the allegations are denied.

113.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 113 of the Amended Complaint, and the allegations are denied.

114.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 114 of the Amended Complaint, and the allegations are denied.

115.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 115 of the Amended Complaint, and the allegations are denied.

116. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 116 of the Amended Complaint, and the allegations are denied.

117. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 117 of the Amended Complaint, and the allegations are denied.

118. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 118 of the Amended Complaint, and the allegations are denied.

119. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 119 of the Amended Complaint, and the allegations are denied.

120. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 120 of the Amended Complaint, and the allegations are denied.

121. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 121 of the Amended Complaint, and the allegations are denied.

122. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 122 of the Amended Complaint, and the allegations are denied.

## CAUSES OF ACTION

## AS AND FOR THE FIRST CAUSE OF ACTION

123.    Defendant incorporates by reference its responses to paragraph Nos. 1 through 122 of the Amended Complaint as if specifically set forth herein.

124.    The allegations contained in paragraph No. 124 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

125.    Defendant denies the allegations contained in paragraph No. 125 of the Amended Complaint.

126.    The allegations contained in paragraph No. 126 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

127.    The allegations contained in paragraph No. 127 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

128.    The allegations contained in paragraph No. 128 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

## AS AND FOR THE SECOND CAUSE OF ACTION

129.    Defendant incorporates by reference its responses to paragraph Nos. 1 through 128 of the Amended Complaint as if specifically set forth herein.

130. The allegations contained in paragraph No. 130 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

131. The allegations contained in paragraph No. 131 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

132. The allegations contained in paragraph No. 132 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

## AS AND FOR THE THIRD CAUSE OF ACTION

133. Defendant incorporates by reference its responses to paragraph Nos. 1 through 132 of the Amended Complaint as if specifically set forth herein.

134. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 134 of the Amended Complaint, and the allegations are denied. The allegations contained in paragraph No. 134 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

135. The allegations contained in paragraph No. 135 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

136. The allegations contained in paragraph No. 136 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

137.     The allegations contained in paragraph No. 137 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

138.     The allegations contained in paragraph No. 138 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

139.     The allegations contained in paragraph No. 139 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

140.     The allegations contained in paragraph No. 140 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

141.     The allegations contained in paragraph No. 141 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

## AS AND FOR THE FOURTH CAUSE OF ACTION

142.     Defendant incorporates by reference its responses to paragraph Nos. 1 through 141 of the Amended Complaint as if specifically set forth herein.

143.     The allegations contained in paragraph No. 143 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

144.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 144 of the Amended Complaint, and the

allegations are denied. The allegations contained in paragraph No. 144 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

145.     Defendant denies the allegations contained in paragraph No. 145 of the Amended Complaint.

146.     Defendant denies the allegations contained in paragraph No. 146 of the Amended Complaint.

147.     The allegations contained in paragraph No. 147 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

148.     The allegations contained in paragraph No. 148 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

149.     The allegations contained in paragraph No. 149 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

150.     The allegations contained in paragraph No. 150 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

151.     Defendant denies the allegations contained in paragraph No. 151 of the Amended Complaint. The allegations contained in paragraph No. 151 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

152. The allegations contained in paragraph No. 152 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

153. The allegations contained in paragraph No. 153 of the Amended Complaint are conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

## AS AND FOR THE FIFTH CAUSE OF ACTION

154. Defendant incorporates by reference its responses to paragraph Nos. 1 through 153 of the Amended Complaint as if specifically set forth herein.

155. The allegations contained in paragraph No. 155 appear to be directed at other defendants, and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 155 of the Amended Complaint, and the allegations are denied.

156. The allegations contained in paragraph No. 156 appear to be directed at other defendants, and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 156 of the Amended Complaint, and the allegations are denied.

157. The allegations contained in paragraph No. 157 appear to be directed at other defendants, and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained in paragraph No. 157 of the Amended Complaint, and the allegations are denied.

158. The allegations contained in paragraph No. 158 appear to be directed at other defendants, and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph No. 158 of the Amended Complaint, and the allegations are denied.

## AS AND FOR THE SIXTH, SEVENTH, & EIGHTH CAUSES OF ACTION

159. On February 17, 2026, this Court entered an Order dismissing Plaintiff's Sixth, Seventh, and Eighth Causes of Action, and therefore, no response is required.

## RESPONSE TO PRAYER FOR RELIEF

160. Defendant denies any and all liability, and denies that Plaintiff is entitled to any of the relief sought in the Amended Complaint.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

161. Plaintiff's Complaint fails to state a claim or a cause of action against Defendant, in whole or in part, upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

162. Plaintiff's claims against Defendant are barred, in whole or in part, by the applicable statute of limitations, or are otherwise untimely.

## THIRD AFFIRMATIVE DEFENSE

163.     Plaintiff's Complaint fails to state a claim upon which economic, liquidated, compensatory and/or punitive damages may be awarded.

## FOURTH AFFIRMATIVE DEFENSE

164.     Plaintiff's claims are barred, and any recovery of damages is precluded, in whole or in part, because reasonable care was exercised to prevent discrimination, harassment and retaliation and Plaintiff unreasonably failed to take advantage of available preventive or corrective opportunities or to avoid harm otherwise.

## FIFTH AFFIRMATIVE DEFENSE

165.     Plaintiff's claims are barred against Defendant because Defendant is not and was never Plaintiff's employer for Title VII or NYSHRL or NYCHRL purposes.

166.     Plaintiff's claims against Defendant are barred, in whole or in part, because Defendant was an independent contractor to HASC, which HASC outsourced certain purely administrative functions relating to payroll and benefits, which such activity does not rise to an employer-employee relationship.

167.     Plaintiff's claims against Defendant are barred, in whole or in part, because Defendant never exercised control over Plaintiff.

## SIXTH AFFIRMATIVE DEFENSE

168.     Plaintiff's claims against Defendant are barred, in whole or in part, because no employer-employee relationship existed between Defendant and Goldzweig.

## SEVENTH AFFIRMATIVE DEFENSE

169.     Plaintiff's claims against Defendant are barred, in whole or in part, by equitable principles including, but not limited to, waiver, estoppel, laches, duress, avoidable consequences, the faithless servant, after-acquired evidence and/or unclean hands doctrines.

## EIGHTH AFFIRMATIVE DEFENSE

170.     Plaintiff's claims for damages against Defendant are barred, in whole or in part, because she failed to mitigate her damages.

## NINETH AFFIRMATIVE DEFENSE

171.     Plaintiff's claims are barred, in whole or in part, because any losses suffered by Plaintiff were not as a consequence of, or in reliance upon, any acts or omissions of Defendant.

## TENTH AFFIRMATIVE DEFENSE

172.     At all times relevant hereto, Defendant acted in good faith based on reasonable factors unrelated to Plaintiff's protected traits and/or exercise of any protected rights, and have not violated any rights which may be secured to Plaintiff under federal, state, common, or local laws, rules or regulations.

## ELEVENTH AFFIRMATIVE DEFENSE

173.     Plaintiff's claims are barred, in whole or in part, because Plaintiff was not subjected to treatment, which was different than, or unequal to, the treatment accorded to other employees who were similarly situation to Plaintiff.

## TWELFTH AFFIRMATIVE DEFENSE

174.     Plaintiff's claims are barred, in whole or in part, because Defendant acted at all times in good faith and based its decisions on legitimate, non-discriminatory, and non-retaliatory

business reasons, in accordance with applicable law. Defendants exercised reasonable and justified judgment unrelated to any protected characteristic or protected activity.

## THIRTEENTH AFFIRMATIVE DEFENSE

175.    Any purported losses or damages allegedly sustained by Plaintiff were due to Plaintiff's own culpable actions.

## FOURTEENTH AFFIRMATIVE DEFENSE

176.    Plaintiff's claims against Defendant are barred, in whole or in part because the Court lacks subject matter jurisdiction over Plaintiff's claims.

## FIFTEENTH AFFIRMATIVE DEFENSE

177.    Even if a protected trait or activity was a factor in any alleged employment action, which it was not, and which Defendant expressly denies, the same decision would have been made without regard to such factor(s).

## RESERVATION OF DEFENSES

178.    Defendant reserves the right to amend its Answer to raise affirmative defenses as facts supporting those claims become known through the course of discovery.

## AS AND FOR FIRST CROSS-CLAIM AGAINST CO-DEFENDANTS HEBREW ACADEMY FOR SPECIAL CHILDREN and NAOMI GOLDZWEIG

179.    That if Plaintiff sustained the damages alleged, in the manner alleged, all of which have been denied by Defendant, then such injuries were caused in whole or in part by the actions, omissions, negligence and conduct of Co-Defendants HEBREW ACADEMY FOR SPECIAL CHILDREN and  NAOMI GOLDZWEIG.

180.     That by reason of the foregoing, Defendant is or will be entitled to have judgments over co-defendants HEBREW ACADEMY FOR SPECIAL CHILDREN and NAOMI GOLDZWEIG for contribution and/or indemnification at to any sum awarded to Plaintiff against the Defendant.

**WHEREFORE**, Defendant demand judgment (a) dismissing the Amended Complaint in its entirety, together with costs and disbursements of this action; (b) in favor of Defendant for contribution and/or indemnification on the First Cross-Claims over Co-Defendants, together with costs and disbursements of this action, and (c) for such other and further relief as this Court may deem just, proper and equitable.

Dated: New York, New York
        March 3, 2026

Respectfully submitted,

Gorlick, Kravitz & Listhaus, P.C.

*/s/ Richard Hermer-Fried*
Richard Hermer-Fried, Esq.
29 Broadway, 20th Floor
New York, New York 10006
(212) 269-2500
rfried@gkllaw.com
*Attorneys for Defendant Therapeutic*
*Services, Inc.*