# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 │ New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

May 11, 2026

**VIA ECF**
Honorable Peggy Cross-Goldenberg
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re: Senderowitz v. Hebrew Academy for Special Children, et al.**
> **Docket No.: 24-CV-00797 (RER) (CLP)**

Dear Judge Cross-Goldenberg:

The undersigned represents Plaintiff Jennifer Senderowitz in the above-referenced matter. We write on behalf of Plaintiff to address the matter of Defendant TSI, Inc. The proposed scheduling order, filed herewith, was conferred upon and agreed to by Plaintiff's counsel and counsel for defendants HASC and Naomi Goldzweig (together "HASC Defendants"). However, as Defendant TSI has not complied with the Court's Order of April 6, 2026 to retain counsel or explain the delay by May 8, 2026, the proposed order does not reflect their input.

As a corporate entity, TSI cannot proceed pro se and must be represented by counsel. Given TSI's failure to comply with the Court's directive, Plaintiff respectfully requests that the Court address TSI's compliance at the May 19, 2026 Initial Conference and take such action as it deems appropriate, including consideration of a finding of default as contemplated by the April 6, 2026 Order.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

GODDARD LAW PLLC

*/s/ Megan Goddard*
By: Megan S. Goddard, Esq.

cc: All Counsel of Record (via ECF)