# THERAPEUTIC SERVICES, INC.

2409 Avenue K, Brooklyn, New York 11210 • Tel (718) 692-1929 • Fax (718) 338-3393
WWW.THERAPEUTICSERVICESINC.COM

*** Filed ***
02:06 PM, 31 Jul, 2026
U.S.D.C., Eastern District of New York

To:     Magistrate Judge Peggy Cross-Goldenberg

Date:   July 31, 2026

Re:     Senderowitz v. Hebrew Academy For Special Children ("HASC") et. al.
        Case Number: 1:24-cv-00797 - RER - PCG

Therapeutic Services Inc. ("TSI") is in receipt of Your Honor's Order dated 7/16/2026. We also understand that we are not allowed by the Court's rules to represent ourselves. Even if we were, we surely would not be qualified to do so. That said, TSI is not in a position to retain counsel as there are not sufficient resources to do so. This is in large part directly related to the tens of thousands of dollars we previously spent having counsel in this lawsuit.

We do not believe that there is any merit to the claims asserted as against TSI in the lawsuit, in that no one at TSI ever had any significant direct contact with the plaintiff, other than maybe a few emails at the inception of the relationship. There were no in person meetings and there were no telephone communications. We merely acted as a payroll type company for HASC. We received time sheets from the therapists, we would pay the therapists, we would bill our clients, and our clients would pay their bills to us. We earned a very small mark-up for the services that we provided.

Without belaboring the foregoing, and how upsetting this entire process has been, we are in the midst of wrapping up the business of TSI, which opened nearly 30 years ago, and expect to fully close by the end of the summer.

Thank you for your understanding.

We mean no disrespect in not following the Court's directive to retain counsel, we just have no real alternative other than closing down.

Very truly yours,

Therapeutic Services, Inc.

By: _____
Amy Lowenthal - President

*Physical, Occupational, Speech Therapists, Psychologists & Nutritionists*